IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-3-06-70141 BZ |
| | ) | |
| Plaintiff, | ) | ORDER AMENDING PRETRIAL |
| | ) | CONDITIONS |
| vs. | ) | |
| | ) | |
| BRIAN WOODSON, | ) | |
| | ) | |
| Defendant. | ) | |

The release order and bond conditions previously set by this Court are amended as follows:

1. The defendant must reside at 1400 Vallejo Ave., Novato, CA until further order of the Court;

2. James Owens shall act as the defendant's custodian:

3. The defendant shall seek and maintain employment as approved by Pretrial Services, with the understanding that should the defendant work with his father Michael Woodson or his foster father James Owens, they shall be present while he as at their place of employment;

4. The defendant shall have no access to computers with Internet access while he resides at the 1400 Vallejo Ave. address, and James Owens shall be responsible for ensuring that the

1

defendant has no such access, either by disabling the ability of any computer in the house to connect with the Internet or assuring that any room where a computer might be present is locked and that the defendant has no access to that locked room;

5. The defendant shall be subject to mental health counseling as deemed appropriate by Pretrial Services.

*Mr Owens and Michael Woodsen shall acknowledge in writing that they will be bound by this order*

Dated: 24 March 06

Bernard Zimmerman
United States Magistrate Judge

2