UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff(s),<br><br>  v.<br><br>BRIAN DOWNING WOODSON,<br><br>    Defendant(s).<br>_____/ | No. CR-06-0330 SI (JCS)<br><br>**NOTICE OF SETTLEMENT CONFERENCE AND SETTLEMENT CONFERENCE ORDER** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter has been referred to Magistrate Judge Joseph C. Spero for settlement purposes.

You are hereby notified that a Settlement Conference is scheduled for **August 17, 2006, at 10:30 a.m.**, in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California. Pursuant to Criminal Local Rule 11-1(c), Defendant shall not attend the Settlement Conference, but shall be present in the building for consultation with his attorney.

**Each party shall prepare a Settlement Conference Statement, which must be lodged with or faxed to the undersigned's chambers no later than noon on August 14, 2006.** Please 3-hole punch the document at the left side. (If faxing the document, please fax it to (415) 522-3636.)

The Settlement Conference Statement shall **not** be filed with the Clerk of the Court, and need not be served on opposing counsel. The parties are encouraged, however, to exchange Settlement Conference Statements. If Settlement Conference Statements are exchanged, any party may submit an additional confidential settlement letter to the Court not to exceed three (3) pages. The contents of this confidential settlement letter will not be disclosed to the other parties.

IT IS SO ORDERED.

Dated: August 3, 2006

_____
JOSEPH C. SPERO
United States Magistrate Judge