UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-06-0330 SI (JCS) |
| Plaintiff(s), | |
| v. | **NOTICE AND ORDER SETTING FURTHER SETTLEMENT CONFERENCE** |
| BRIAN DOWNING WOODSON, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Further Settlement Conference is scheduled for **September 26, 2006, at 1:30 p.m.**, in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.  Pursuant to Criminal Local Rule 11-1(c), Defendant shall not attend the Settlement Conference, but shall be present in the building for consultation with his attorney.

IT IS SO ORDERED.

Dated: September 22, 2006

_____
JOSEPH C. SPERO
United States Magistrate Judge