1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  MARK KROTISKI (CSBN 138549)
   Chief, Criminal Division
4
   SUSAN R. JERICH (CSBN 188462)
   Assistant United States Attorney
5
6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
7      Telephone: (415) 436-7158
       Facsimile: (415) 436-7234
8      Email: susan.jerich@usdoj.gov

   Attorneys for Plaintiff
9
10                     UNITED STATES DISTRICT COURT
11                    NORTHERN DISTRICT OF CALIFORNIA
12                         SAN FRANCISCO DIVISION

13 UNITED STATES OF AMERICA,           )  No.: CR 06-330 SI
                                       )
14         Plaintiff,                  )  PARTIES' STIPULATION AND
                                       )  [PROPOSED] ORDER REQUESTING
15                                     )  CONTINUANCE FOR STATUS
                                       )  CONFERENCE
16                                     )
   BRIAN WOODSON,                      )
17                                     )
           Defendant.                  )
18 _____)

19 The parties stipulate and agree, and the Court finds and holds, as follows:

20   1. The parties last appeared before this Court on July 28, 2006 for status. At the request of
   the defendant, a settlement conference was scheduled with the Honorable Joseph C. Spero.

22   2. Subsequently, the parties have reached an accord and are prepared to appear before this
   Court for change of plea in the above-referenced matter. The parties are next scheduled to
   appear before the Court on Friday, October 20, 2006 however, counsel for the defendant are
   unavailable on this date. Thus, the parties respectfully request that this matter be scheduled for
   Friday, November 3, 2006 for change of plea.

     3. Thus far, time has been excluded under the Speedy Trial Act up through September 26,

STIPULATION AND PROPOSED ORDER
CR 06-330 SI

2006. The United States anticipates providing the Court with a copy of the plea agreement by Friday, October 27, 2006, which will toll the running of time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1)(I).

    4. The parties respectfully request that the matter be continued until November 3, 2006 for change of plea.

    SO STIPULATED.

DATED: 10/19/06                                               Respectfully Submitted,

                                              /s/_____
                                            SUSAN REED JERICH
                                            Assistant United States Attorney

DATED: 10/19/06

                                              /s/_____
                                            GEOFFREY HANSEN
                                            Counsel for Defendant

                                              /s/_____
                                            NANCI CLARENCE
                                            Counsel for Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____
                    HON. SUSAN Y. ILLSTON
                     Judge, United States District Court

STIPULATION AND PROPOSED ORDER
CR 06-330 SI                                     2

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |
| 2 | The undersigned hereby certifies that a copy of the Parties' Stipulation and Proposed |
| 3 | Order in the case of <u>United States v. Brian Woodson</u>No. CR 06-330 SI , was served today as |
| 4 | follows: |

        <u>Hand Delivery</u>
        Geoffrey Hansen, Esq.
        Federal Public Defender's Office

        <u>Facsimile Delivery</u>
        Nanci Clarence
        Law Offices of Clarence & Dyer
        749-1694

I certify under penalty of perjury that the foregoing is true and correct.

Executed on October 19, 2006 at San Francisco, California.

                                            /s/
                            Rawaty Yim
                            United States Attorney's Office