# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
DEC 22 2006
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| vs. | ) | Docket Number: CR 06-00330-1 SI |
| Brian D. Woodson | ) | |

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for _____February 9, 2007_____ be continued until _____March 9, 2007_____ at _____11:00 a.m._____.

Date: __12/22/06__

_____
Susan Illston
United States District Judge

NDC-PSR-009 12/06/04



# UNITED STATES DISTRICT COURT

**NORTHERN DISTRICT OF CALIFORNIA**
**PROBATION OFFICE**

**IRIS R. WINEY**
*ACTING CHIEF U.S. PROBATION OFFICER*

**Please reply to:**
450 Golden Gate Avenue
Suite 17-6884 ; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 436-7572

450 Golden Gate Avenue
Suite 17-6884; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 436-7572

December 20, 2006

**RECEIVED**

DEC 2 1 2006

Richard W. Wieking
Clerk, U.S. District Court
Northern District of California

The Honorable Susan Illston
United States District Judge
San Francisco, California

RE:   **United States v. Brian Woodson**
      **Docket No. CR 06-330-SI**
      **REQUEST FOR CONTINUANCE**

Your Honor:

The above named defendant is currently scheduled for Judgment and Sentencing on February 9, 2007 at 11:00 a.m. It is requested that the matter be continued to March 9, 2007, because the presentence investigation had to be reassigned to a new probation officer due to a personal conflict. Defense counsel Geoffrey Hansen and AUSA Susan Jerich were consulted and are in agreement with the continuance. If the Court concurs, an order for your signature is attached.

Thank you for your consideration in this matter.

Respectfully submitted,

Cheryl L. Simone
U.S. Probation Officer

CLS
Enclosure