IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR - 06 -330 SI |
| Plaintiff, | |
| vs. | **ORDER** |
| BRIAN WOODSON, | |
| Defendant. | |

On March 9, 2007, this Court ordered the defendant to reside with his stepfather James Owens at 1400 Vallejo Street, Novato, California for the next five years while he is on federal probation. This Court was (and remains) of the opinion that both for the protection of society and due to Mr. Woodson's special needs, it would be in the public's best interest to have him remain in the care and custody of Mr. Owens at his 1400 Vallejo Street address.

With the understanding that Mr. Woodson's Probation Officer, the United States Attorney assigned to this case, and defendant's counsel all agree that Mr. Woodson should be allowed to remain at Mr. Owens's house, this Court requests that the Novato Police Department allow Mr. Woodson to register at that address and remain in residence there pursuant to the terms of his court ordered probation.

Dated: _____

_____
SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

1